IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| THE STATE OF MISSISSIPPI, ex rel. JIM HOOD, ATTORNEY GENERAL,<br><br>PLAINTIFF,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.;<br><br>DEFENDANTS. | Civil Action No. 3:11-CV-00345-CWR-FKB<br><br>Removed from:<br><br>Chancery Court of Hinds County, Mississippi<br>First Judicial District<br>Civil Action No. G2011-516 T/1 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF LG DISPLAY CO., LTD., AND LG DISPLAY AMERICA, INC.**

WHEREAS, Plaintiff State of Mississippi ("Mississippi") filed a Complaint against Defendants LG Display Co., Ltd., formerly known as LG.Philips LCD Co., Ltd., and LG Display America, Inc., formerly known as LG.Philips LCD America, Inc. (collectively referred to herein as "LG Display Defendants") in the Chancery Court of the First Judicial District of Hinds County, Mississippi, on March 25, 2011, and whereas, that matter was removed to this court on June 9, 2011.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Mississippi dismisses all of its claims against LG Display Co., Ltd., and LG Display America, Inc., with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Each party bears its own costs and attorneys' fees.

3. This stipulation does not affect Mississippi's rights or claims against any other defendant or alleged co-conspirator in the above-captioned litigation.

Case 3:11-cv-00345-CWR-FKB   Document 75   Filed 01/28/14   Page 2 of 3

Dated:  January 28, 2014

/s/ *George W. Neville*
THE STATE OF MISSISSIPPI
JIM HOOD, ATTORNEY GENERAL
Geoffrey Morgan, MS 3474
George W. Neville, MS 3822
OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205
Email:  gnevi@ago.state.ms.us


/s/ *Carolyn G. Anderson*
Carolyn G. Anderson, PHV
ZIMMERMAN REED PLLP
1100 IDS Center'
80 South 8th Street
Minneapolis, MN 55402
T:  612.341.0400
F:  612.341.0844
Email:  carolyn.anderson@zimmreed.com

Lee Abraham, Jr., MS 1028
ABRAHAM & RIDEOUT
P.O. Box 8407
Greenwood, MS 38935-8407
T:  662.453.3000
Email:  borideout@gmail.com
ATTORNEYS FOR PLAINTIFF
THE STATE OF MISSISSIPPI

2

/s/ Jack Crawford
Robert A. Miller (MSB No. 3305)
John A. Crawford, Jr. (MSB No. 10436)
P. Ryan Beckett (MSB No. 99524)
BUTLER, SNOW, O'MARA,
STEVENS & CANNADA PLCC
1020 Highland Colony Pkwy, Ste. 1400
P.O. Box 6010
Ridgeland, MS 39158-6010
Telephone: (601) 948-5711
Facsimile: (601) 985-4500
E-Mail: bobby.miller@butlersnow.com
E-Mail: jack.crawford@butlersnow.com
E-Mail: ryan.beckett@butlersnow.com


Holly A. House
Lee F. Berger
PAUL HASTINGS LLP
875 15th Street, Northwest
Washington, DC 20005
T: 202.551.1700
F: 202.551.1705
Email: hollyhouse@paulhastings.com
Email: leeberger@paulhastings.com


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on all counsel of record via the Court's CM/ECF system on the 28th of January, 2014.


*s/Carolyn G. Anderson*