IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**STATE OF MISSISSIPPI**  **PLAINTIFF**
*ex rel.* **Jim Hood, Attorney General**

**v.**  **CAUSE NO. 3:11-CV-345-CWR-FKB**

**AU OPTRONICS CORPORATION, et al.**  **DEFENDANTS**

## ORDER

This matter is before the Court on an Order of Remand by the Fifth Circuit Court of Appeals directing this Court to remand this case to state court.  *See Mississippi, ex rel. Hood v. AU Optronics Corp.*, No. 12-60704, 2014 WL 1046959 (5th Cir. Mar. 19, 2014).  This Court, therefore, remands this matter to the Chancery Court of Hinds County, Mississippi.

**SO ORDERED AND ADJUDGED,** this the 24th day of March, 2014.

  s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE